Form 5 - SUITABLE WITH MAILING                                              Jehan



**BROOKLYN LEGAL SERVICES CORP A**     BROOKLYN LEGAL SERVICES CORP A.
U S DISTRICT COURT EASTERN DISTRICT STATE OF NEW YORK

LEVON ALEKSANIAN, ETAL                                        index No. **CV-16-4183**
                                                PLAINTIFF     Date Filed
                           - vs -                             Office No.
ANDREW CUOMO, ETAL                                            Court Date.
                                                DEFENDANT

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**ERIC GOLDKLANK** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **09TH** day of **AUGUST, 2016** **10:45AM** at
   C/O **ERIC SCHNEIDERMAN, ESQ. (NEW YORK STATE ATTORNEY GENERAL) 120 BROADWAY NEW YORK NY 10271**
I served the **SUMMONS AND COMPLAINT**
upon **ANDREW CUOMO**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **CHRIS MORALES, CLERK AUTHORIZED TO ACCEPT**
a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **MALE**   COLOR: **WHITE** HAIR: **BLACK**
APP.AGE: **40** APP. HT: **5'7** APP. WT: **130**
OTHER IDENTIFYING FEATURES

On **08/10/2016** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
10TH day of AUGUST, 2016

SCOTT D. REEVES
Notary Public, State of New York
No. 01RE6331642
Qualified in NEW YORK
Commission Expires 10/13/2019

ERIC GOLDKLANK DCA LIC #1298914
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-BLS1-F-532762

2a