

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

WRITER'S DIRECT DIAL
(212) 416-8108

August 26, 2016

*By Electronic Filing*

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Aleksanian, et al., v. Cuomo, et al.*, 1:16-cv-04183 (ILG) (RLM)

Dear Judge Glasser:

    This Office writes on behalf of the New York State Department of Labor and its commissioner, Roberta Reardon, in the above-referenced action. We write with the consent of Plaintiffs' counsel to request a 30-day extension of the defendants' time to answer, move, or otherwise respond to the complaint from August 30, 2016, to September 29, 2016.

    Plaintiffs served their summons and complaint on the defendants on August 9, 2016. As a result, their responses to the complaint are due August 30, 2016. *See* Fed. R. Civ. P. 12. I spoke today with Plaintiffs' counsel, Edward Josephson, Esq., who agreed to my request for a 30-day extension of time to answer, move, or otherwise respond to the complaint.

    The requested extension is necessary because we need additional time to consult with the defendants, investigate and obtain relevant information and documents, and prepare the appropriate papers.

    This is the defendants' first request for an extension in this action. If this request is granted it will not affect any other scheduled dates. Accordingly, we respectfully request that

Page 2

Your Honor extend the defendants' time to answer, move, or otherwise respond to the complaint to September 29, 2016.

    Thank you for your time and consideration of this request.

                            Respectfully submitted,

                            Jonathan D. Conley
                            Assistant Attorney General

Copies (by ECF):

Edward Josephson, Esq.
Nicole Salk, Esq.
Brooklyn Legal Services
105 Court Street, 3rd floor
Brooklyn, NY 11201
*Attorneys for Plaintiffs*