UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Levon Aleksanian, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> Andrew Cuomo, *et al.*, <br><br> Defendants. | **NOTICE OF APPEARANCE** <br><br> 16-cv-04183 (ILG) (RLM) |

**PLEASE TAKE NOTICE** that Jonathan D. Conley, Assistant Attorney General in the Office of ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, appears in this action on behalf of defendants the New York State Department of Labor and its commissioner, Roberta Reardon. I certify that I am admitted to practice in this Court.

Dated: October 28, 2016
    New York, New York

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
By:

/s/ Jonathan Conley
Jonathan D. Conley
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8108
(212) 416-6009 (fax)
Jonathan.Conley@ag.ny.gov
*Attorneys for the New York State Department of Labor and Roberta Reardon*