UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Levon Aleksanian, et al.,<br><br>                              Plaintiffs,<br><br>    - against -<br><br>Andrew Cuomo, et al.,<br><br>                              Defendants. | Civil Action Number:<br>1:16-cv-04183-JLG-RLM<br><br>**Affidavit of**<br>**Thomas Neumann** |

STATE OF NEW YORK      )
                                    :ss.:
COUNTY OF NEW YORK   )

Thomas Neumann, being duly sworn, deposes and says:

    1.    I am a Senior Unemployment Insurance Reviewing Examiner for the New York State Department of Labor ("DOL"). I am fully familiar with the matters set forth in this affidavit and submit it in support of the DOL's motion to dismiss the Plaintiffs' complaint.

    2.    In particular, I submit this affidavit to provide the status of the claims for unemployment insurance benefits filed by the two individual Plaintiffs in this action—Levon Aleksanian and Jakir Hossain.

    3.    According to records maintained by the DOL, on August 5, 2016, the DOL issued a determination that Levon Aleksanian performed services as an employee of Uber Technologies Inc. On August 17, 2016, the DOL issued a determination finding that he was disqualified from receiving benefits on other grounds.

4. According to records maintained by the DOL, on September 13, 2016, the DOL issued a determination that Jakir Hossain performed services as an employee of Uber Technologies Inc., and on September 28, 2016, the DOL issued a determination finding that Mr. Hossain was entitled to UI benefits based upon wages paid by Uber Technologies Inc.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2016

_____
Thomas Neumann

Sworn to before me this 16th day
of December, 2016

_____
Notary Public

DAVID E. ROOK
Notary Public, State of New York
No. 02RO5052483
Qualified in Albany County
Commission Expires November 27, 2017

2